HENRY DZIOBA *v.* EDWARD DZIOBA ET AL. (ESTATE OF FRANCISZKA DZIOBA)

The motion by the defendants to dismiss the appeal from the Superior Court in Hartford County is granted.

*Roman J. Lexton,* for the appellees (defendants).

*Henry D. Marcus,* for the appellant (plaintiff).

Argued December 6—decided December 6, 1966

The motion by the plaintiff for permission to file a memorandum in opposition to the defendants' motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Henry D. Marcus,* on the motion.

Submitted December 2—decided December 6, 1966

VINCENT J. ROSSIGNOL *v.* DANBURY SCHOOL OF AERONAUTICS, INC., ET AL.

The motion by the plaintiff to reinstate and to reassign for argument the appeal from the Superior Court in Litchfield County is granted to the extent that the appeal is assigned for argument on the merits on Tuesday, December 13, 1966, at 10 a.m.

*Paul W. Orth,* for the appellant (plaintiff).

*John Crosskey,* for the appellee (defendant Piper Aircraft Corporation).

*Thomas J. Hagarty,* for the appellees (defendant Avco Corporation et al.).